UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT TACOMA

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

July 9, 2020

**BRINKMEYER V. WASHINGTON STATE LIQUOR AND CANNABIS BOARD**
Case # 3:20–cv–05661–BHS

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Improper Signature – Secondary Attorney(s)**
The secondary attorney(s) Haylee P. Mills indicated in your initiating document(s) is/are not properly before this court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Haylee P. Mills as soon as practicable using the event "Notice of Appearance" under the "Notices" category. See FRCP 11 and LCR 83.2 or Section III(L) of the Electronic Filing Procedures.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file