1 | HAYLEE P. MILLS
Assistant Attorney General
1125 Washington Street SE
PO Box 40110
Olympia, WA 98504-0110
(360) 354-4856

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>　　　　　　　Respondent. | NO. 3:20-cv-05661-BHS<br><br>NOTICE OF APPEARANCE |

TO: DANIEL J. OATES and ANDY MURPHY, Attorneys for Petitioner;
AND TO: Clerk of the Court.

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the Washington State Liquor and Cannabis Board hereby enters its appearance in the above-entitled action by and through its attorneys, ROBERT W. FERGUSON, Attorney General, and HAYLEE P. MILLS, Assistant Attorney General, and requests that all further papers and pleadings, except original process, shall be served upon the undersigned attorneys at the address stated in the footer.

DATED this 14 day of July 2020.

ROBERT W. FERGUSON
Attorney General

*/s/ Haylee P. Mills*
_____
HAYLEE P. MILLS, WSBA #48074
Assistant Attorney General
Attorneys for Respondent


**DECLARATION OF SERVICE**

I declare that I sent for delivery a true and correct copy of this document on all parties or their counsel of record on the date below as follows:

DANIEL J. OATES
ANDY MURPHY
MILLER NASH GRAHAM & DUNN LLP
PIER 70 ~ 2801 ALASKAN WAY STE 300
SEATTLE, WA 98121

☒ U.S. Mail via state Consolidated Mail Service via General Services (with proper postage affixed)

☐ Courtesy copy via facsimile:

☒ Courtesy copy via electronic mail:
daniel.oates@millernash.com
andy.murphy@millernash.com
jennifer.schnarr@millernash.com
brie.geffre@millernash.com
cara.lowrance@millernash.com

☐ ABC/Legal Messenger

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 14 day of July 2020 at Olympia, Washington.

*/s/ Heather Wulf*
HEATHER WULF
Legal Assistant