DocuSign Envelope ID: 8510C79A-2E8D-449A-A7D7-6136E8B2B52F

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER

                Petitioner,

      v.

WASHINGTON STATE LIQUOR AND
CANNABIS BOARD,

                Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF TODD BRINKMEYER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Todd Brinkmeyer, hereby declare and state as follows:

1.      I am the petitioner in this action, over the age of eighteen, have personal knowledge of the matters contained in the Declaration, and am competent to testify thereto.

2.      I have been close friends with Scott Atkison for 25 years. Scott currently lives 30 minutes from me. He resides in Washington, and I reside in Idaho.

3.      The Washington State Liquor and Cannabis Board (the "LCB") has approved me as a financier for marijuana retail stores (the "Stores") for which Scott is a licensee and part owner. As part of the financier approval process, the LCB conducted criminal and financial background checks on me and my spouse.

4.      I have provided business advice to Scott and, as an approved financier, have made loans to the Stores.

DECLARATION OF TODD BRINKMEYER IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION - 1
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

DocuSign Envelope ID: 8510C79A-2E8D-449A-A7D7-6136E8B2B52F

5.      From my experience as a business owner and executive in other industries, I recognize that the inability to compensate advisors and employees with equity interferes with the Stores' ability to attract and retain the best talent.

6.      Scott and I have discussed how he would like to transfer his ownership interest in the Stores to me. I am willing and able to assume his ownership interest in the Stores, and I will do so if the LCB will allow it. The Stores are unique to me, and they are the only marijuana businesses in Washington in which I am interested in obtaining an ownership interest. I want to assume Scott's ownership interest in the Stores in part so I can honor him by continuing the businesses and also to give him and the other owners peace of mind that the Stores will be well-capitalized and in strong, experienced hands, which I can provide.

7.      I directed my attorney, Chris Masse, to contact the LCB and inquire whether it would approve the transfer of ownership to me. The LCB confirmed it would not approve my ownership because, as a resident of Idaho, I do not meet the LCB's residency requirement.

8.      I understand that the uncertainty regarding what will happen to the Stores after Scott passes causes him distress, which in turn causes me distress due to our friendship.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Coolin, ID on this 6th day of August, 2020

DocuSigned by:

*[signature]*

DC6343CE8BD44F1...

Todd Brinkmeyer

DECLARATION OF TODD BRINKMEYER IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION - 2
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

DocuSign Envelope ID: 8510C79A-2E8D-449A-A7D7-6136E8B2B52F

**DECLARATION OF SERVICE**

I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States and of the state of Washington, that on this 6th day of August, 2020, I caused the foregoing to be filed using the CM/ECF system which will send notice of the same to all registered parties

SIGNED at Seattle, Washington this 6th day of August, 2020.

*s/Brie Geffre*
Brie Geffre, Legal Assistant

DECLARATION OF SERVICE - 3
USDC No. 3:20-cv-05434-MAT

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599