THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF SCOTT ATKISON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Scott Atkison, hereby declare and state as follows:

1. I am over the age of eighteen, have personal knowledge of the matters contained in the Declaration, and am competent to testify thereto.

2. I am the approved licensee for four marijuana retail stores (the "Stores") licensed by the Washington State Liquor and Cannabis Board (the "LCB"). As a part owner of the Stores, I exercise oversight of store operations.

3. I have been close friends with Todd Brinkmeyer for 25 years. Todd currently lives 30 minutes from me. I reside in Washington, and Todd resides in Idaho.

4. Todd has provided business advice to me and has made loans to the Stores. I value his business advice and judgment. However, because Todd is not a Washington resident, I cannot compensate him with an equity share in the Stores in the same manner that other, non-cannabis

DECLARATION OF SCOTT ATKISON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 1
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1  businesses are able to compensate their advisors or employees. From my experience as a business owner and executive in other industries, I recognize that the inability to compensate advisors and employees with equity interferes with the Stores' ability to attract and retain the best talent.

5. I have survived for over five and one-half years with Stage IV cancer, however, my health has progressed to where it is prudent for me to plan out the disposition of my estate. That includes making arrangements to ensure continuity of business operations at the Stores. I care about the team who has contributed to the Stores' success, and I do not wish to see my ownership sold under duress, which could put undue stress on the Stores' other owners and business operations. I want to make sure that I can hand my ownership over to someone that I trust will do right by the other owners, the Stores, and the team members. The person I believe to be the best for carrying on the same ownership values and principles that I have brought to the Stores is Todd Brinkmeyer. As part of my estate planning, I would like to transfer part of my ownership interest in the Stores to Todd, and I will do so if the LCB will allow it.

6. The uncertainty regarding what will happen to the Stores after I pass causes me distress, and it would give me peace of mind if I knew that the LCB would allow Todd to become an owner and take over oversight responsibility in the Stores.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Bend, OR on this 5th day of August, 2020



Scott Atkison

DECLARATION OF SCOTT ATKISON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 2
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

# DECLARATION OF SERVICE

I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States and of the state of Washington, that on this 6th day of August, 2020, I caused the foregoing to be filed using the CM/ECF system which will send notice of the same to all registered parties

SIGNED at Seattle, Washington this 6th day of August, 2020.

*s/Brie Geffre*
Brie Geffre, Legal Assistant

DECLARATION OF SERVICE - 3
USDC No. 3:20-cv-05434-MAT

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599