THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>Petitioner,<br><br>v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>Respondent. | Case No. 3:20-cv-05661-BHS<br><br>**DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Andy Murphy, hereby declare and state as follows:

    1.    I am one of the attorneys representing the petitioner in this action. I am over the age of eighteen, have personal knowledge of the matters contained in the Declaration, and am competent to testify thereto.

    2.    Attached hereto as **Exhibit A** is true and correct copy of a table on Topshelfdata.com, which summarizes the voluminous public data published by respondent Washington State Liquor and Cannabis Board regarding the sales and taxes from Washington's licensed marijuana industry.

    3.    Attached hereto as **Exhibit B** is a true and correct copy of a press release issued by the State of Maine on May 11, 2020.

DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 1
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

4. Attached hereto as **Exhibit C** is a true and correct copy of "Residency Requirements for Marijuana Licensure" by Allie Howell, dated January 2019.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Seattle, WA on this 6th day of August, 2020

*s/ Andy Murphy*
Andy Murphy

DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 2
USDC No. 3:20-cv-05661-BHS

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

**DECLARATION OF SERVICE**

I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States and of the state of Washington, that on this 6th day of August, 2020, I caused the foregoing to be filed using the CM/ECF system which will send notice of the same to all registered parties

SIGNED at Seattle, Washington this 6th day of August, 2020.

*s/Brie Geffre*
Brie Geffre, Legal Assistant

DECLARATION OF SERVICE - 3
USDC No. 3:20-cv-05661-BHS

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599