# Exhibit A

# TOPSHELFDATA

Industry    Retailers    Producers    Pricing    Help    Sign In    Sign Up FREE

Search for a business

# Industry Intelligence

Know everything about any cannabis business in Washington state. Learn how.

| Businesses | Industry Stats | Wholesale Prices | Bestselling Retail Products |
| Violations |

It's FREE to see historical data from more than a year ago. Try one of our paid plans to see the most recent data available.   See Pricing

# Industry Stats

Discover facts about the Washington cannabis industry.

## Summary by Year

| Summary By... | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| Retailer Sales | $34m | $298m | $603m | $842m | $984m | $1,097m | $428m |
| Producer & Processor Sales | $19m | $154m | $374m | $530m | $986m | $1,598m | $457m |
| Total Sales | $54m | $452m | $976m | $1,372m | $1,969m | $2,695m | $886m |
| Total Taxes | $13m | $109m | $224m | $311m | $364m | $405m | $150m |

Copyright Data Monks LLC 2020   |   Terms   |   Privacy   |   Pricing   |   Blog   |   Help   |   Sign In