THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER

Petitioner,

v.

WASHINGTON STATE LIQUOR AND
CANNABIS BOARD,

Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF CHRIS MASSE IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION**

I, Chris Masse, hereby declare and state as follows:

1.      I am one of the attorneys representing the petitioner in this action. I am over the age of eighteen, have personal knowledge of the matters contained in the Declaration, and am competent to testify thereto.

//

//

//

//

//

//

//

DECLARATION OF CHRIS MASSE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 1
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

2.      Attached hereto as **Exhibit A** is a true and correct copy of an email exchange I had with the Washington State Liquor and Cannabis Board on May 20, 2020. The ownership change discussed in those emails refers to Scott Atkison transferring his ownership interest in licensed marijuana retail stores to Todd Brinkmeyer.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Seattle, WA on this 5th day of August, 2020

_s/ Chris Masse_
Chris Masse

DECLARATION OF CHRIS MASSE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 2
USDC No. 3:20-cv-05661-BHS

1

**DECLARATION OF SERVICE**

2

     I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States

3

and of the state of Washington, that on this 6th day of August, 2020, I caused the foregoing to be

4

filed using the CM/ECF system which will send notice of the same to all registered parties

5

     SIGNED at Seattle, Washington this 6th day of August, 2020.

6

                                      *s/Brie Geffre*

7

                                      Brie Geffre, Legal Assistant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 3
USDC No. 3:20-cv-05661-BHS