The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD BRINKMEYER,<br><br>                        Petitioner,<br>v.<br><br>WASHINGTON STATE LIQUOR &<br>CANNABIS BOARD,<br><br>                       Respondent. | NO.   3:20-cv-05661-BHS<br><br>PRAECIPE |

The Washington State Liquor & Cannabis Board requests that the Court accept the corrected version of Board's Response to Motion for Preliminary Injunction (Docket # 11), attached to this Praecipe. The following corrections were made:

- The entire Table of Contents and Table of Authorities contained on pages i-vii, were replaced due to formatting errors in the original version.
- P. 9, Line 1, corrected section a to broader heading section 2
- P. 9, Lines 2-3, corrected subsection (2) to broader heading section a.
- P.11, Lines 8-9, corrected section 2 heading name to "Dormant Commerce Clause (DCC)."
- P. 11, Lines 9-10, corrected section 3 heading to subsection a.
- P. 12, Lines 10-11, corrected section 4 heading to subsection b.

1  - P. 12, Lines 25-26, corrected footnote citation to refer to correct subsection and page number.
2  - P. 21, Line 17, removed word "includes"
3  - P. 25, Lines 11-12, corrected date of signature to August 24, 2020.

Note: All section and subsection references as well as page and line numbers above are to the original Response brief. The corrected Response brief naturally realigned some sections or subsections not named above into a new sequential order. The corrected Response brief also removed the page number of the title page and the introduction page now correctly starts on page 1. The substance of the corrected Response brief remains the same as the original Response brief.

DATED this 27th day of August 2020.

ROBERT W. FERGUSON
Attorney General

*/s/Joshua Orf-Rodriguez*
JOSHUA ORF-RODRIGUEZ, WSBA No. 50101
HAYLEE P. MILLS, WSBA No. 48074
Assistant Attorneys General
1125 Washington St SE
Olympia, WA 98501
Phone: (360) 753-2702
Email: Joshua.OrfRodriguez@atg.wa.gov
       Haylee.Mills@atg.wa.gov
*Attorneys for Respondent*