THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**SECOND DECLARATION OF TODD BRINKMEYER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Todd Brinkmeyer, hereby declare and state as follows:

1. I am the petitioner in this action, over the age of eighteen, have personal knowledge of the matters contained in the Declaration, and am competent to testify thereto.

2. I was attracted to Washington State's cannabis industry because of how it operated under a legal system, and how the state committed to stop treating adult-use licensed marijuana like a criminal enterprise. It was important to me that the industry be legal before I participate in it, and the industry is legal under Washington State law. I would not have become a financier for Washington marijuana businesses or sought to obtain an equity interest in the Stores had I known the respondent would treat that licensed business conduct as criminal. I have no interest in supporting or engaging in criminal activity. That includes my commitment to comply with the laws of my home state, which I have done and will continue to do.

SECOND DECLARATION OF TODD BRINKMEYER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 1
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

3. My spouse resides with me in Idaho.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Post Falls, ID on this 28th day of August, 2020

DocuSigned by:

Todd Brinkmeyer

SECOND DECLARATION OF TODD BRINKMEYER IN
SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 2
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

DocuSign Envelope ID: 0F82E511-46CD-4ABF-B54E-E020DE96CF82

# DECLARATION OF SERVICE

I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States and of the state of Washington, that on this 28th day of August, 2020, I caused the foregoing to be filed using the CM/ECF system which will send notice of the same to all registered parties

SIGNED at Seattle, Washington this 28th day of August, 2020.

*s/Brie Geffre*
Brie Geffre, Legal Assistant

DECLARATION OF SERVICE - 3
USDC No. 3:20-cv-05661-BHS

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599