THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**SECOND DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Andy Murphy, hereby declare and state as follows:

1. I am one of the attorneys representing the petitioner in this action. I am over the age of eighteen, have personal knowledge of the matters contained in the Declaration, and am competent to testify thereto.

2. Attached hereto as **Exhibit A** is true and correct copy of "Oregon Marijuana Surplus a Cautionary Tale for Other States" by Sophie Quinton for the Pew Charitable Trusts, dated July 11, 2019, which I accessed on August 25, 2020 at https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2019/07/11/oregon-marijuana-surplus-a-cautionary-tale-for-other-states.

3. Attached hereto as **Exhibit B** is a true and correct copy of a press release issued by the Washington State Liquor and Cannabis Board on December 16, 2015, which I accessed

---

SECOND DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 1
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1  on August 26, 2020 at https://lcb.wa.gov/pressreleases/lcb-to-increase-number-of-retail-mj-stores.

2  4. Attached hereto as **Exhibit C** is a true and correct copy of a press release issued by the Washington State Liquor and Cannabis Board on May 12, 2016, which I accessed on August 28, 2020 at https://lcb.wa.gov/pressreleases/licensed-marijuana-canopy-enough.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Seattle, WA on this 28th day of August, 2020

*s/ Andy Murphy*
Andy Murphy

SECOND DECLARATION OF ANDY MURPHY IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION - 2
USDC No. 3:20-cv-05661-BHS

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

**DECLARATION OF SERVICE**

I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States and of the state of Washington, that on this 28th day of August, 2020, I caused the foregoing to be filed using the CM/ECF system which will send notice of the same to all registered parties

SIGNED at Seattle, Washington this 28th day of August, 2020.

*s/Brie Geffre*
Brie Geffre, Legal Assistant

DECLARATION OF SERVICE - 3
USDC No. 3:20-cv-05661-BHS

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599