**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

October 20, 2020

Thurston County Superior Court
2000 Lakeridge Drive SW
Olympia, WA 98502

RE: *Brinkmeyer v. Washington State Liquor and Cannabis Board*
Case #3:20–cv–05661–BHS

Dear Clerk:

Please find enclosed the certified copy of Judge Benjamin H. Settle's *Order Remanding Case to State Court* in the above−referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*:20–2–01568–34

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Patrick Sherwood,
*Deputy Clerk*

Enclosures