THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO LIFT STAY**

THIS MATTER came before the Court on the parties' Stipulated Motion to Lift Stay (the "Motion"). Having considered the Motion, the Declaration of Andy Murphy in Support of Motion to Lift Stay, and the files and records herein, the Court is fully advised in the matter.

The Court hereby FINDS that:

1. The state law issues in this action have been fully resolved by the Washington State Superior Court;

2. *Pullman* abstention is no longer appropriate; and

3. The case should continue at this time.

Now, therefore, the Court hereby ORDERS that:

1. The Motion is GRANTED; and

2. The stay previously put in place by this Court is lifted.

[PROPOSED] ORDER GRANTING MOTION TO LIFT STAY - 1
USDC No. 3:20-cv-05661-BHS
4876-4855-2452.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

ORDERED this _____ day of _____, 2021.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:

| MILLER NASH LLP | ROBERT W. FERGUSON |
| --- | --- |
| | Attorney General |

s/ *Andy Murphy*
Daniel J. Oates, WSBA No. 39334
Andy Murphy, WSBA No. 46664
MILLER NASH LLP
Pier 70 ~ 2801 Alaskan Way, Suite 300
Seattle, WA  98121
Tel: 206-624-8300
Fax: 206-340-9599
Email: Dan.Oates@millernash.com
        Andy.Murphy@millernash.com

*Attorneys for Petitioner*

s/ *Joshua Orf-Rodriguez*
Joshua Orf-Rodriguez, WSBA No. 50101
Haylee P. Mills, WSBA No. 48074
Assistant Attorneys General
1125 Washington Street SE, PO Box 40110
Olympia, WA 98504-0110
Phone:  (360) 753-2702
E-mail:  Joshua.Orf-Rodriguez@atg.wa.gov
         Haylee.Mills@atg.wa.gov

*Attorneys for Respondent*

[PROPOSED] ORDER GRANTING MOTION TO LIFT STAY - 2
USDC No. 3:20-cv-05661-BHS
4876-4855-2452.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599