# Exhibit A

Case 3:20-cv-05661-BHS   Document 24-1   Filed 10/30/20   Page 2 of 3

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT TACOMA**

**FILED**

OCT **2 6** 2020

Superior Court
Linda Myhre Enlow
Thurston County Clerk

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

October 20, 2020

Thurston County Superior Court
2000 Lakeridge Drive SW
Olympia, WA 98502

RE: *Brinkmeyer v. Washington State Liquor and Cannabis Board*
Case #3:20-cv-05661-BHS



____ FILED  ____ LODGED
           ____ RECEIVED

OCT 3 0 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                 DEPUTY

Dear Clerk:

Please find enclosed the certified copy of Judge Benjamin H. Settle's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s):* 20-2-01568-34    **JOHN C. SKINDER**

*Assigned to Judge:* _____

*Completed by Deputy Clerk:* _____ **ASHLEY KOOP**

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Patrick Sherwood,
*Deputy Clerk*

Enclosures

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

TACOMA WA 983
27 OCT 2020 PM 4 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON, D.C.

POSTAGE WILL BE PAID BY THE UNITED STATES COURTS

CLERK US DISTRICT COURT
UNION STATION COURTHOUSE
1717 PACIFIC AVE RM 3100
TACOMA WA 98402-9800

FILED ___ LODGED
___ RECEIVED
OCT 30 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES