# Exhibit F



20-2-01568-34
ORGSJ   52
Order Granting Summary Judgment
10715992

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2021 JUL 23 PM 12: 21

LINDA MYHRE ENLOW
THURSTON COUNTY CLERK

Hearing date: July 23, 2021
Hearing time: 9:00 a.m.
Judge/Calendar: Honorable Mary Sue Wilson

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF THURSTON

TODD BRINKMEYER,

    Plaintiff,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Defendant.

NO. 20-2-01568-34

ORDER GRANTING SUMMARY JUDGMENT TO THE BOARD AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

[PROPOSED]

MSW

THIS MATTER came before the Court on Petitioner's Motion for Summary Judgment on July 23, 2021. Petitioner appeared by and through its attorneys, Miller Nash Graham & Dunn, LLP per Andy Murphy, and the Washington State Liquor and Cannabis Board (Board), Defendant, appeared by and through its attorneys, Robert W. Ferguson, Attorney General and Joshua Orf-Rodriguez, Assistant Attorney General. Having considered the Motion, the Declaration of Andy Murphy, Defendant's Response to the Motion, the Declaration of Rebecca Smith and any reply in support of the Motion with any supporting papers and the files and records herein, the Court is fully advised in the matter and FINDS:

1. There are no material facts in dispute and the Washington State Liquor and Cannabis Board is entitled to judgment as a matter of law.

ORDER GRANTING SUMMARY
JUDGMENT TO BOARD AND
DENYING PLAINTIFF'S MOTION

20-2-01568-34

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

2. Plaintiff failed to meet its heavy burden to establish that Washington's Residency Requirement is unconstitutional under Washington's Privileges and Immunities Clause.

   a. ~~Plaintiff does not present a justiciable case and lacks standing to bring a challenge.~~ [msw]

   b. ~~Plaintiff is not a Washington citizen and Article 1 Section 12 of the Washington Constitution, the Privileges and Immunities clause, does not apply to him.~~

   c. ~~Plaintiff also failed to establish that a fundamental right of state citizenship is at issue. As Washington can regulate the production and sale of marijuana to the point of prohibiting it entirely, there is no fundamental right to engage in the production or sale of marijuana.~~ [msw]

   d. ~~Defendant has established that there are reasonable grounds that support Washington's Residency Requirement.~~ [msw]

3. ~~Plaintiff has failed to meet its burden and establish that the Board exceeded its statutory authority in promulgating WAC 314-55-020. WAC 314-55-020 is in accord with RCW 69.50.331 and RCW 60.50.342~~ [msw]

Now therefore, the Court ORDERS that:

///
///
///

ORDER GRANTING SUMMARY JUDGMENT TO BOARD AND DENYING PLAINTIFF'S MOTION

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

20-2-01568-34

1. Summary Judgment is GRANTED to the Washington State Liquor and Cannabis Board.

2. The Plaintiff's Motion for Summary is DENIED and his complaint is DISMISSED.

ORDERED THIS 23 day of July, 2021

HONORABLE MARY SUE WILSON

Presented by:

ROBERT W. FERGUSON
Attorney General

Orf-Rodriguez
by Zoom 7/23/21

PENNY ALLEN, WSBA NO. 18821
JOSHUA ORF-RODRIGUEZ, WSBA No. 50101
Assistant Attorneys General
Attorneys for Respondent
1125 Washington Street SE, PO Box 40110
Olympia, WA 98504-0110
Phone: (360) 753-2702

Email: PennyL.Allen@atg.wa.gov
        Joshua.Orf-Rodriguez@atg.wa.gov

Andy Murphy
for Brinkmeyer
by Zoom
7/23/21

ORDER GRANTING SUMMARY
JUDGMENT TO BOARD AND
DENYING PLAINTIFF'S MOTION

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

20-2-01568-34