1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER

                Petitioner,

     v.

WASHINGTON STATE LIQUOR AND
CANNABIS BOARD,

                Respondent.

Case No. 3:20-cv-05661-BHS

**ORDER GRANTING STIPULATED
MOTION TO LIFT STAY**

      THIS MATTER came before the Court on the parties' Stipulated Motion to Lift Stay (the

"Motion"). Having considered the Motion, the Declaration of Andy Murphy in Support of Motion

to Lift Stay, and the files and records herein, the Court is fully advised in the matter.

      The Court hereby FINDS that:

      1.     The state law issues in this action have been fully resolved by the Washington State

Superior Court;

      2.     *Pullman* abstention is no longer appropriate; and

      3.     The case should continue at this time.

      Now, therefore, the Court hereby ORDERS that:

      1.     The Motion is GRANTED; and

      2.     The stay previously put in place by this Court is lifted.

ORDER GRANTING MOTION TO LIFT STAY - 1
USDC No. 3:20-cv-05661-BHS

4876-4855-2452.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1        ORDERED this 23rd day of November, 2021.

2

3

4

5                             BENJAMIN H. SETTLE
                         United States District Judge

6

7    Presented by:

8

9    MILLER NASH LLP                  ROBERT W. FERGUSON
                                   Attorney General

10

11   s/ *Andy Murphy*                   s/ *Joshua Orf-Rodriguez*
    Daniel J. Oates, WSBA No. 39334        Joshua Orf-Rodriguez, WSBA No. 50101
    Andy Murphy, WSBA No. 46664          Haylee P. Mills, WSBA No. 48074

12   MILLER NASH LLP                   Assistant Attorneys General
    Pier 70 ~ 2801 Alaskan Way, Suite 300     1125 Washington Street SE, PO Box 40110

13   Seattle, WA  98121                  Olympia, WA 98504-0110
    Tel: 206-624-8300                   Phone:  (360) 753-2702

14   Fax: 206-340-9599                   E-mail:  Joshua.Orf-Rodriguez@atg.wa.gov
    Email: Dan.Oates@millernash.com                Haylee.Mills@atg.wa.gov

15             Andy.Murphy@millernash.com

16   *Attorneys for Petitioner*              *Attorneys for Respondent*

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO LIFT STAY - 2
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

4876-4855-2452.1