THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER, <br><br> Petitioner, <br><br> vs. <br><br> WASHINGTON STATE LIQUOR AND CANNABIS BOARD, <br><br> Respondent. | NO. 3:20-cv-05661-BHS <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

TO: DANIEL J. OATES and ANDY MURPHY, Attorneys for Petitioner;

AND TO: Clerk of the Court.

PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(2), JOSHUA ORF-RODRIGUEZ, Assistant Attorney General, hereby withdraws as the attorney for the Washington State Liquor and Cannabis Board in the above-entitled matter.

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL OF COUNSEL

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

1     YOU ARE REQUESTED and directed to serve all future pleadings, except original

2 process, on:

        Penny Allen
3         Senior Counsel
        1125 Washington Street SE
4         PO Box 40100
        Olympia, WA 98504-0100
5         Telephone No. (360) 586-1520.

6     DATED this 30th day of November 2021.

7                                     ROBERT W. FERGUSON
                                    Attorney General

8

9                             */s/ Joshua Orf-Rodriguez*
10                            JOSHUA ORF-RODRIGUEZ, WSBA #50101
                           Assistant Attorney General
11                            Attorneys for Washington State
                           Liquor and Cannabis Board

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26