THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>                      Petitioner,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>                      Respondent. | NO. 3:20-cv-05661-BHS<br><br>NOTICE OF APPEARANCE |

TO:    DANIEL J. OATES and ANDY MURPHY, Attorneys for Petitioner;

AND TO: Clerk of the Court.

      YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the Washington State Liquor and Cannabis Board hereby enters its appearance in the above-entitled action by and through its attorneys, ROBERT W. FERGUSON, Attorney General, and PENNY ALLEN, Senior Counsel, and requests that all further papers and pleadings, except original process, shall be served upon the undersigned attorneys at the address stated in the footer.

      DATED this 30th day of November 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Penny Allen*

PENNY ALLEN, WSBA #18821
Senior Counsel
Attorneys for Washington State
Liquor and Cannabis Board