THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>    Petitioner,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>    Respondent. | NO. 3:20-cv-05661-BHS<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO: DANIEL J. OATES and ANDY MURPHY, Attorneys for Petitioner;

AND TO: Clerk of the Court.

  PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(2), HAYLEE MILLS, Assistant Attorney General, hereby withdraws as the attorney for the Washington State Liquor and Cannabis Board in the above-entitled matter.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | YOU ARE REQUESTED and directed to serve all future pleadings, except original |
| 2 | process, on: |
| 3 |     Penny Allen<br>    Senior Counsel |
| 4 |     1125 Washington Street SE<br>    PO Box 40100 |
| 5 |     Olympia, WA 98504-0100<br>    Telephone No. (360) 586-1520. |
| 6 | DATED this 1st day of December 2021. |

        ROBERT W. FERGUSON
        Attorney General

        */s/ Penny Allen*
        PENNY ALLEN, WSBA #18821
        Senior Counsel
        Attorneys for Washington State
        Liquor and Cannabis Board