THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>                Petitioner,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>                Respondent. | NO. 3:20-cv-05661-BHS<br><br>NOTICE OF APPEARANCE |

TO:    DANIEL J. OATES and ANDY MURPHY, Attorneys for Petitioner;
AND TO: Clerk of the Court.

      YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the Washington State Liquor and Cannabis Board hereby enters its appearance in the above-entitled action by and through its attorneys, ROBERT W. FERGUSON, Attorney General, and ELLEN RANGE, Assistant Attorney General, and requests that all further papers and pleadings, except original process, shall be served upon the undersigned attorneys at the address stated in the footer.

      DATED this 17th day of December 2021.

                                                ROBERT W. FERGUSON
                                                Attorney General

                                                */s/ Ellen Range*
                                                ELLEN RANGE, WSBA #51334
                                                Assistant Attorney General
                                                Attorneys for Respondent