Todd Brinkmeyer v. Washington State Liquor and Cannabis Board – No. 3:20-cv-05661-BHS

Exhibit 5 to Declaration of Rebecca Smith in Support of Respondent's Motion for Summary Judgment




Exhibit 5
Page 1 of 1