THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF ANDY MURPHY IN SUPPORT OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

I, Andy Murphy, hereby declare and state as follows:

1. I am one of the attorneys representing the petitioner in this action. I am over the age of eighteen, have personal knowledge of the matters contained in this Declaration, and am competent to testify thereto.

1. Attached hereto as **Exhibit A** is a true and correct copy of the Answer the Respondent filed in Thurston County Superior Court *Brinkmeyer v. Washington State Liquor Control Board*, Case No. 20-2-01568-34 (the "State Court Action") on June 29, 2020.

2. Attached hereto as **Exhibit B** is a true and correct copy of a table on Topshelfdata.com that I accessed on January 28, 2021 at: https://www.topshelfdata.com/industry/wa. The table summarizes the voluminous public data

DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

1  published by Respondent regarding the sales and taxes from Washington's licensed marijuana
2  industry.

3      3.   Attached hereto as **Exhibit C** is a true and correct copy of the Motion for
4  Preliminary Injunction that Petitioner filed in the State Court Action on December 30, 2020.

5      4.   Attached hereto as **Exhibit D** is a true and correct copy of the court's order
6  denying the Motion for Preliminary Injunction in the State Court Action on January 29, 2021.

7      5.   I and counsel for the Respondent agreed to a delayed summary judgment briefing
8  schedule in the State Court Action to accommodate the parental leave of Respondent's counsel.

9      6.   Attached hereto as **Exhibit E** is a true and correct copy of the Motion for
10 Summary Judgment that Petitioner filed in the State Court Action on April 7, 2021.

11     7.   Attached hereto as **Exhibit F** is a true and correct copy of the LCB's Response to
12 Summary Judgment that Respondent filed in the State Court Action on June 21, 2021.

13     8.   Attached hereto as **Exhibit G** is a true and correct copy of the order dismissing
14 Brinkmeyer's causes of action based on Washington law in the State Court Action on July 23,
15 2021.

16     9.   Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of
17 Rebecca Smith filed by Respondent in the State Court Action on June 21, 2021.

18     10.  Attached hereto as **Exhibit I** is a true and correct copy of an article written by
19 Allie Howell titled "Residency Requirements for Marijuana Licensure in January 2019" dated
20 January 2019 and available at: https://reason.org/wp-content/uploads/residency-requirements-
21 marijuana-licensure.pdf.

22     11.  Attached hereto as **Exhibit J** is a true and correct copy of a February 2, 2018
23 article authored by the Associated Press titled, "US prosecutor: Oregon has big pot
24 overproduction problem," that is available at
25 https://www.nydailynews.com/newswires/news/business/prosecutor-oregon-big-pot-
26 overproduction-problem-article-1.3794431.

DECLARATION OF ANDY MURPHY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 2
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

12. Attached hereto as **Exhibit K** is a true and correct copy of a press release issued by the State of Maine's Office of Marijuana Policy on May 11, 2020 that is available at: https://www.maine.gov/dafs/omp/news-events/news/aump-lawsuit-residency-requirement

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Burien, WA on this 1st day of February, 2022.

                                       *s/ Andy Murphy*
                                       Andy Murphy

DECLARATION OF ANDY MURPHY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 3
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

# **DECLARATION OF SERVICE**

I, Jennifer L. Schnarr, hereby declare under penalty of perjury under the laws of the United States, that on the 1st day of February, 2022, a copy of the foregoing document was served upon the attorneys of record in the above cause as follows:

| | |
|---|---|
| PENNY ALLEN, WSBA No. 18821<br>ELLEN RANGE, WSBA No. 51334<br>Assistant Attorneys General<br>1125 Washington St SE<br>Olympia, WA 98501<br>Phone: (360) 753-2702<br>Email: Pennyl.Allen@atg.wa.gov<br>Ellen.Range@atg.wa.gov | ☐   via Hand Delivery<br>☐   via U.S. Mail<br>☐   via Facsimile<br>☒   via E-Service<br>☒   via Email |

*Attorneys for Respondent*

SIGNED at Burien, Washington, this 1st day of February, 2022

*s/ Jennifer L. Schnarr*
Jennifer L. Schnarr, Legal Assistant

4886-6208-3339.2

DECLARATION OF SERVICE - 4
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599