Exhibit B

## Summary by Year

| Summary By... | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|
| Retailer Sales | $40m | $354m | $691m | $923m | $1,015m | $1,107m | $1,426m | $1,373m |
| Producer & Processor Sales | $25m | $180m | $417m | $561m | $1,010m | $1,615m | $1,471m | $2,262m |
| Total Sales | $65m | $534m | $1,108m | $1,485m | $2,024m | $2,721m | $2,897m | $3,635m |
| Total Taxes | $16m | $129m | $258m | $342m | $376m | $411m | $529m | $499m |