Exhibit G



ORGSJ          52
Order Granting Summary Judgment
10715992

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2021 JUL 23 PM 12: 21

LINDA MYHRE ENLOW
THURSTON COUNTY CLERK

1  Hearing date: July 23, 2021
   Hearing time: 9:00 a.m.
2  Judge/Calendar: Honorable Mary Sue Wilson

3

4

5

6

7            IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
               IN AND FOR THE COUNTY OF THURSTON
8

9  TODD BRINKMEYER,                          NO. 20-2-01568-34

10                   Plaintiff,

11     v.                                     ORDER GRANTING SUMMARY
                                              JUDGMENT TO THE BOARD AND
12  WASHINGTON STATE LIQUOR AND               DENYING PLAINTIFF'S MOTION
    CANNABIS BOARD,                           FOR SUMMARY JUDGMENT

13                   Defendant.               [PROPOSED]                  MSW

14

15        THIS MATTER came before the Court on Petitioner's Motion for Summary Judgment

16  on July 23, 2021. Petitioner appeared by and through its attorneys, Miller Nash Graham & Dunn,

17  LLP per Andy Murphy, and the Washington State Liquor and Cannabis Board (Board),

18  Defendant, appeared by and through its attorneys, Robert W. Ferguson, Attorney General and

19  Joshua Orf-Rodriguez, Assistant Attorney General. Having considered the Motion, the

20  Declaration of Andy Murphy, Defendant's Response to the Motion, the Declaration of

21  Rebecca Smith and any reply in support of the Motion with any supporting papers and the files

22  and records herein, the Court is fully advised in the matter and FINDS:

23        1.  There are no material facts in dispute and the Washington State Liquor and Cannabis

24            Board is entitled to judgment as a matter of law.

25

26

ORDER GRANTING SUMMARY              1        ATTORNEY GENERAL OF WASHINGTON
JUDGMENT TO BOARD AND                               1125 Washington Street SE
DENYING PLAINTIFF'S MOTION                               PO Box 40100
                                                    Olympia, WA 98504-0100
                                                        (360) 664-9006
20-2-01568-34

2. Plaintiff failed to meet its heavy burden to establish that Washington's Residency Requirement is unconstitutional under Washington's Privileges and Immunities Clause.

    a. Plaintiff does not present a justiciable case and lacks standing to bring a challenge.

    b. Plaintiff is not a Washington citizen and Article 1 Section 12 of the Washington Constitution, the Privileges and Immunities clause, does not apply to him.

    c. Plaintiff also failed to establish that a fundamental right of state citizenship is at issue. As Washington can regulate the production and sale of marijuana to the point of prohibiting it entirely, there is no fundamental right to engage in the production or sale of marijuana.

    d. Defendant has established that there are reasonable grounds that support Washington's Residency Requirement.

3. Plaintiff has failed to meet its burden and establish that the Board exceeded its statutory authority in promulgating WAC 314-55-020. WAC 314-55-020 is in accord with RCW 69.50.331 and RCW 60.50.342

Now therefore, the Court ORDERS that:

/ / /

/ / /

/ / /

ORDER GRANTING SUMMARY
JUDGMENT TO BOARD AND
DENYING PLAINTIFF'S MOTION

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

20-2-01568-34

1.  Summary Judgment is GRANTED to the Washington State Liquor and Cannabis Board.

2.  The Plaintiff's Motion for Summary is DENIED and his complaint is DISMISSED.

ORDERED THIS __23__ day of __July__, 2021

HONORABLE MARY SUE WILSON

Presented by:

ROBERT W. FERGUSON
Attorney General

Orf-Rodriguez
by Zoom 7/23/21

PENNY ALLEN, WSBA NO. 18821
JOSHUA ORF-RODRIGUEZ, WSBA No. 50101
Assistant Attorneys General
Attorneys for Respondent
1125 Washington Street SE, PO Box 40110
Olympia, WA 98504-0110
Phone: (360) 753-2702

Andy Murphy
for Brinkmeyer
by Zoom
7/23/21

Email: PennyL.Allen@atg.wa.gov
         Joshua.Orf-Rodriguez@atg.wa.gov

ORDER GRANTING SUMMARY
JUDGMENT TO BOARD AND
DENYING PLAINTIFF'S MOTION

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

20-2-01568-34