THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF ANDY MURPHY IN SUPPORT OF PETITIONER'S RESPONSE TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

I, Andy Murphy, hereby declare and state as follows:

1. I am one of the attorneys representing the petitioner in this action. I am over the age of eighteen, have personal knowledge of the matters contained in this Declaration, and am competent to testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Form 10-Q submitted by Acreage Holdings, Inc. to the United States Securities and Exchange Commission on Nov. 12, 2021, which my office accessed at https://sec.report/CIK/0001762359 on February 18, 2022.

1. Attached hereto as **Exhibit B** is a true and correct copy of the Form F-10 submitted by Curaleaf Holdings, Inc. to the United States Securities and Exchange Commission on Sept. 25, 2020, which my office at https://sec.report/CIK/0001756770 on February 18, 2022.

DECLARATION OF ANDY MURPHY IN SUPPORT OF PETITIONER'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 1
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1  2. Attached hereto as **Exhibit C** is a true and correct copy of the Form 10-Q submitted by Truelive Cannabis Corp. to the United States Securities and Exchange Commission on Sept. 30, 2021, which my office accessed at https://sec.report/CIK/0001754195 on February 18, 2022.

3. Attached hereto as **Exhibit D** is a true and correct copy of a July 1, 2016 document published by Respondent Washington State Liquor and Cannabis Board (the "LCB") titled "What is a Medical Marijuana Cooperative," which I accessed at https://lcb.wa.gov/publications/Marijuana/Cooperatives%20--%20FAQ%202%200.pdf on February 22, 2022.

4. Attached hereto as **Exhibit E** is a true and correct copy of Second Substitute Senate Bill 5052 as passed by the Washington legislature and signed by Governor Jay Inslee in 2015, which I accessed at https://lawfilesext.leg.wa.gov/biennium/2015-16/Pdf/Bills/Session%20Laws/Senate/5052-S2.SL.pdf?q=20220222112329 on February 22, 2022.

5. Attached hereto as **Exhibit F** is a true and correct copy of a June 15, 2016 LCB press release titled "Preparations in place for July 1 alignment of medical and recreational marijuana systems," which I accessed at https://lcb.wa.gov/pressreleases/alignment-med-and-rec-mj-systems on February 22, 2022.

6. Attached hereto as **Exhibit G** is a true and correct copy of a December 16, 2015 LCB press release titled "Board to increase number of retail marijuana stores following analysis of marketplace," which I accessed at https://lcb.wa.gov/pressreleases/lcb-to-increase-number-of-retail-mj-stores on February 22, 2022.

7. Attached hereto as **Exhibit H** is a true and correct copy of a March 7, 2016 press release titled "Board to close marijuana retail license application window March 31, 2016," which I accessed at

DECLARATION OF ANDY MURPHY IN SUPPORT OF PETITIONER'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 2
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1  https://lcb.wa.gov/pressreleases/board_to_close_mj_retail_license_app_window_march31_2016
2  on February 22, 2022.

3   8. Attached hereto as **Exhibit I** is a true and correct copy of Engrossed Substitute
4  Senate Bill 5131 as passed by the Washington legislature and signed by Governor Jay Inslee in
5  2017 ("ESSB 5131"), which I accessed at https://lawfilesext.leg.wa.gov/biennium/2017-
6  18/Pdf/Bills/Session%20Laws/Senate/5131-S.SL.pdf?q=20220222113814 on February 22, 2022.

7   9. Attached hereto as **Exhibit J** is a true and correct copy of the Final Bill Report for
8  ESSB 53131, which I accessed at https://lawfilesext.leg.wa.gov/biennium/2017-
9  18/Pdf/Bill%20Reports/Senate/5131-S.E%20SBR%20FBR%2017.pdf?q=20220215161249 on
10 February 22, 2022.

11  *Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is*
12 *true and correct to the best of my knowledge.*

13  EXECUTED in Burien, WA on this 22nd day of February, 2022.

  *s/ Andy Murphy*
  Andy Murphy

DECLARATION OF ANDY MURPHY IN SUPPORT OF
PETITIONER'S RESPONSE TO MOTION FOR
SUMMARY JUDGMENT - 3
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

## DECLARATION OF SERVICE

I, Brie Geffre, hereby declare under penalty of perjury under the laws of the United States, that on the 22nd day of February, 2022, a copy of the foregoing document was served upon the attorneys of record in the above cause as follows:

PENNY ALLEN, WSBA No. 18821
ELLEN RANGE, WSBA No. 51334
Assistant Attorneys General
1125 Washington St SE
Olympia, WA 98501
Phone: (360) 753-2702
Email: Pennyl.Allen@atg.wa.gov
Ellen.Range@atg.wa.gov

☐ via Hand Delivery
☐ via U.S. Mail
☐ via Facsimile
☒ via E-Service
☒ via Email

*Attorneys for Respondent*

SIGNED at Seattle, Washington, this 22nd day of February, 2022

*s/ Brie Geffre*
Brie Geffre, Legal Assistant

4858-1532-4687.3

DECLARATION OF SERVICE - 4
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599