HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>　　　　　　Petitioner,<br>v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>　　　　　　Respondents. | No. 3:20-cv-05661-BHS<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE |

THIS MATTER having come before the Court on Amici Curiae Washington CannaBusiness Association ("WACA") & Craft Cannabis Coalition's ("CCC") Motion for Leave to file Amici Curiae Brief (the "Motion"). The Court, having considered the Motion and the papers filed in support of the Motion, hereby ORDERS as follows:

The Motion for Leave to file the Amici Curiae Brief is hereby GRANTED. WACA and CCC are granted leave to file their amici curiae brief for the Court's consideration.

IT IS SO ORDERED this 7th day of March, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER
No. 3:20-cv-05661-BHS

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

*Presented by:*

PACIFICA LAW GROUP LLP

*s/Taki V. Flevaris*
Taki V. Flevaris, WSBA #42555
Justin P. McCarthy, WSBA #58868

*Attorneys for Amici Curiae Washington
CannaBusiness Association & Craft Cannabis Coalition*

ORDER
No. 3:20-cv-05661-BHS

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750