THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>                 Petitioner,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>                 Respondent. | NO. 3:20-cv-05661-BHS<br><br>CERTIFICATE OF SERVICE |

I certify that on March 8, 2022 I arranged for service a copy of Respondent's Reply in Support of its Motion for Summary Judgment, Docket Number 47, below as follows:

| | |
|---|---|
| TAKI V. FLEVARIS<br>JUSTIN P. MCCARTHY<br>PACIFICA LAW GROUP LLP<br>1191 SECOND AVE, STE 2000<br>SEATTLE, WA 98101 | ☒ U.S. mail via state Consolidated Mail Service (with proper postage affixed)<br>☒ copy via electronic mail:<br>   taki.flevaris@pacificalawgroup.com<br>   justin.mccarthy@pacificalawgroup.com |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 8th day of March 2022 at Olympia, Washington.

*[signature]*

KELLI LEWIS
Legal Assistant

---

CERTIFICATE OF SERVICE        1        ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006