**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

March 8, 2022

**BRINKMEYER V. WASHINGTON STATE LIQUOR AND CANNABIS BOARD**
Case # 3:20–cv–05661–BHS

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Compliance with LCR 83.2 – Attorney Appearance and Withdrawal**
> The document was filed incorrectly/improperly. Appearance of attorney Taki V Flevaris is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2 and must comply with ECF Filing Procedures.
>
> **Improper Signature – Secondary Attorney(s)**
> The secondary attorney(s) Justin P McCarthy indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Justin P McCarthy as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section III(L) of the Electronic Filing Procedures.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file