THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF ANDY MURPHY IN SUPPORT OF PETITIONER'S SUPPLEMENTAL BRIEF**

I, Andy Murphy, hereby declare and state as follows:

1. I am one of the attorneys representing the petitioner in this action. I am over the age of eighteen, have personal knowledge of the matters contained in this Declaration, and am competent to testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the brief submitted by Kirsten Figueroa, in her official capacity as Commissioner of Maine Department of Administrative and Financial Services and the Maine Department of Administrative and Financial Services, in the matter *Northeast Patients Group v. United Cannabis Patients and Caregivers of Maine*, 45 F.4th 542 (1st Cir. 2022), which my office downloaded from PACER.

3. Attached hereto as **Exhibit B** is a true and correct copy of the list of Medical Cannabis Medically Endorsed Approved Stores as produced and maintained by the Washington

DECLARATION OF ANDY MURPHY IN SUPPORT OF PETITIONER'S SUPPLEMENTAL BRIEF - 1
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1  State Department of Health which is available at: https://doh.wa.gov/you-and-your-
2  family/marijuana/medical-marijuana/medically-endorsed-approved-stores. The attached copy
3  was printed on October 21, 2022. Page 16 shows the four Zips Cannabis-Tacoma stores owned
4  in part by Scott Atkison.

5      4.    Attached hereto as **Exhibit C** is a true and correct copy of the corrected brief
6  submitted by United Cannabis Patients and Caregivers of Maine, in the matter *Northeast
7  Patients Group v. United Cannabis Patients and Caregivers of Maine*, 45 F.4th 542 (1st Cir.
8  2022), which my office downloaded from PACER.

10  *Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is*
11  *true and correct to the best of my knowledge.*
12      EXECUTED in Burien, WA on this 21st day of October, 2022.

        *s/ Andy Murphy*
        Andy Murphy

DECLARATION OF ANDY MURPHY IN SUPPORT OF
PETITIONER'S SUPPLEMENTAL BRIEF - 2
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 21st day of October, 2022.

*s/ Andy Murphy*
Andy Murphy

4877-1504-3898.1

CERTIFICATE OF SERVICE - 3
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599