# EXHIBIT B

Washington State Department of Health

Submenu

# Medical Cannabis Medically Endorsed Approved Stores

Printable version (PDF)

**Retail store name**

**City**

**County**
- Any -

Apply

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Cedar Greens-Blyn | 52 Sophus Rd | Blyn | Clallam | 98382 | 360-489-6099 |
| Starbuds-Bellingham | 145 Samish Way | Bellingham | Whatcom | 98225 | 206-225-5555 |
| Starbuds-Kirkland | 13513 N.E. 126th Pl. Ste. C | Kirkland | King | 98031 | 425-471-0283 |
| 2020 Cannabis Solutions-Bellingham | 2018 Iron Street | Bellingham | Whatcom | 98225 | 360-746-3440 |
| 2020 Cannabis Solutions-Bellingham | 4770 Pacific Highway | Bellingham | Whatcom | 98226 | 360-746-3443 |
| 2020 Solutions | 1706 Mt. Baker Hwy | Bellingham | Whatcom | 98226 | 360-734-2020 |
| 365 Recreational Cannabis-Dayton | 36711 U.S. Highway 12 | Dayton | Columbia | 98328 | 509-382-3161 |
| 365 Recreational Cannabis-Shoreline | 17517 15th Ave NE #B | Shoreline | King | 98155 | 206-557-7778 |
| 420 Capitol-Tumwater | 5980 Capitol Blvd SE | Tumwater | Thurston | 98501 | 360-515-0213 |
| 420 Carpenter-Lacey | 422 Carpenter Rd, Suite 105 | Lacey | Thurston | 98503 | 360-915-9920 |
| 420 Elma On Main-Elma | 306 W Main St | Elma | Grays Harbor | 98541 | 360-861-8071 |
| 420 Grand Central-Rochester | 19941 Old Highway 99 SW | Rochester | Thurston | 98579 | 360-402-6368 |
| 420 Holiday-Longview | 2028 10th Ave | Longview | Cowlitz | 98632 | 360-703-3103 |
| 420 Tacoma-Tacoma | 2128 S 37th St | Tacoma | Pierce | 98409 | 360-402-6368 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| 420 West-Olympia | 410 Ronlee Ln NW | Olympia | Thurston | 98502 | 360-915-9242 |
| 4:20 Friendly-Spokane | 1515 Lewis St | Spokane | Spokane | 99224 | 509-844-7287 |
| A and J Management Group | 234 Division St. N.W. Ste. B | Olympia | | 98502 | 505-550-7710 |
| A Greener Today - Bothell-Bothell | 19315 Bothell Everett Hwy #1 | Bothell | Snohomish | 98012 | 425-419-4161 |
| A Greener Today - Gold Bar-Gold Bar | 16810 415th Ave SE, A2 | Gold Bar | Snohomish | 98251 | 360-217-8905 |
| A Greener Today - Lynnwood-Lynnwood | 14608 Hwy 99, Suite 304 | Lynnwood | Snohomish | 98087 | 425-678-8106 |
| A Greener Today Marijuana-Seattle | 5209 Martin Luther King Jr Way S | Seattle | King | 98118 | 877-933-3248 |
| A Greener Today Marijuana-Shoreline | 16053 Aurora Ave N | Shoreline | King | 98133 | 206-801-7756 |
| A Greener Today Walla Walla-Walla Walla | 655 West Poplar St | Walla Walla | Walla Walla | 99362 | 206-380-3608 |
| Access Cannabis | 3082 Waitts Lake Rd. | Valley | Stevens | 99181 | 360-470-3051 |
| Altitude-Prosser | 260 Merlot Dr | Prosser | Benton | 99350 | 509-786-4200 |
| Always Greener Downtown-Redmond | 15937 Redmond Way | Redmond | King | 98052 | 425-861-5497 |
| American Harvest-Peshastin | 7550 Us Hwy 97 | Peshastin | Chelan | 98847 | 509-470-9449 |
| Anacortes Cannabis-Anacortes | 7656 State Route 20, Unit A | Anacortes | Skagit | 98221 | 360-588-6222 |
| Apex Cannabis-Moses Lake | 955 W Broadway Ave | Moses Lake | Grant | 98837 | 509-765-4216 |
| Apex Cannabis-Otis Orchards | 21502 E Gilbert Rd | Otis Orchards | Spokane | 99027 | 509-922-9235 |
| Apex Cannabis-Spokane | 1325 N Division Street, Suite 104 | Spokane | Spokane | 99202 | 509-443-4654 |
| Aristocrat Enterprises Ii-Port Angeles | 2947 E Hwy 101 Suite A And B | Port Angeles | Clallam | 98362 | 206-200-0462 |
| Belfair Cannabis Company-Belfair | 24090 NE State Route 3, Suite I | Belfair | Mason | 98528 | 404-406-3054 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Better Buds-Longview | 946 Washington Way Ste 100 | Longview | Cowlitz | 98632 | 360-703-3791 |
| Better Buds-Port Hadlock | 841 Ness Corner Rd. Ste. B | Port Hadlock | Jefferson | 98339 | 360-731-6611 |
| Better Buds-Port Hadlock | 841 Ness Corner Rd | Port Hadlock | Jefferson | 98339 | 360-344-8062 |
| Better Buds-Silverdale | 10384 Silverdale Way, Suite 101 | Silverdale | Kitsap | 98383 | 360-286-2354 |
| Blowin Smoke | 1967 Hwy 395 S. Ste. C | Chewelah | Stevens | 99109 | 509-935-7420 |
| Bud Commander-Tumwater | 849 Trosper Rd SW, Suite 207 | Tumwater | Thurston | 98512 | 360-688-1709 |
| Buddy's-Renton | 420 Sunset Blvd N | Renton | King | 98057 | 425-226-9333 |
| Budeez-Bremerton | 2111 E 11th St | Bremerton | Kitsap | 98310 | 360-620-7114 |
| Canna West Seattle-Seattle | 5440 California Ave SW | Seattle | King | 98136 | 206-466-1465 |
| Canna4life-Clarkston | 721 6th St | Clarkston | Asotin | 99403 | 509-295-8218 |
| Cannabis 21 -Hoquiam | 428 10th St | Hoquiam | Grays Harbor | 98550 | 360-637-9282 |
| Cannabis 21-Aberdeen | 1000 E Wishkah St | Aberdeen | Grays Harbor | 98520 | 360-637-9282 |
| Cannabis 21-Hoquiam | 2294 State Route 109 | Hoquiam | Grays Harbor | 98550 | 360-637-9282 |
| Cannabis and Glass | 605 E. Francis | Spokane | Spokane | 99208 | 509-999-1112 |
| Cannabis City-Seattle | 421 S Lander St | Seattle | King | 98134 | 206-682-1332 |
| Cannabis Country Store | 1910 W. Main St., Ste. 101 | Battle Ground | Clark | 98604 | 360-798-7194 |
| Cannabis Provisions-Seattle | 9423 Martin Luther King Way S. | Seattle | King | 98118 | 253-334-7082 |
| Cannabis Provisions-Wenatchee | 831 N. Miller St. | Wenatchee | Chelan | 98801 | 253-334-7082 |
| Cannabis Super Store-Cle Elum | 705 East 1st St | Cle Elum | Kittitas | 98922 | 509-674-5356 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
| --- | --- | --- | --- | --- | --- |
| Cannablyss | 2705 Hartford Dr. Ste. A | Lake Stevens | Snohomish | 98258 | 425-327-7529 |
| Cannazone | 17905 State Route 536 | Mount Vernon | Skagit | 98273 | 860-209-2288 |
| Cannazone | 45120 S.E. North Bend Way, Ste. B | North Bend | King | 98045 | 860-209-2288 |
| Cannazone-Bellingham | 5655 Guide Meridian, Suite B | Bellingham | Whatcom | 98226 | 360-392-8069 |
| Cascade Herb Company | 6167 Portal Way | Ferndale | Whatcom | 98248 | 360-746-8587 |
| Cascade Herb Company-Bellingham | 1240 E Maple St, #103 | Bellingham | Whatcom | 98225 | 360-778-2357 |
| Chimacum Cannabis-Chimacum | 9034 Beaver Valley Road | Chimacum | Jefferson | 98325 | 360-301-3195 |
| Choice Cannabis-Port Townsend | 2427 W Sims Way, Suite F | Port Townsend | Jefferson | 98368 | 360-379-4006 |
| Clear Choice Cannabis-Bremerton | 6733 State Hwy 303 NE | Bremerton | Kitsap | 98311 | 360-633-7259 |
| Clear Choice Cannabis-Tacoma | 8001 S Hosmer St | Tacoma | Pierce | 98408 | 253-444-5444 |
| Cliff's Cannabis | 1410 N.W. Gilman Blvd., Ste. A | Issaquah | King | 98027 | 206-335-5857 |
| Cookies Tacoma-Tacoma | 3111 S Pine St | Tacoma | Pierce | 98409 | 253-302-3121 |
| Craft Cannabis Dispensary - Tacoma | 2128 S. 37th St. | Tacoma | Pierce | 98409 | 360-402-6368 |
| Craft Cannabis-Wenatchee | 1510 N Wenatchee Ave | Wenatchee | Chelan | 98801 | 503-341-7097 |
| Craft Leavenworth-Dryden | 8459 Main St Unit B | Dryden | Chelan | 98821 | 360-606-3260 |
| Cult Cannabis Co.-Ferndale | 6061 Portal Way | Ferndale | Whatcom | 98248 | 360-594-1122 |
| Dank Bank of America Blaine | 2530 Peace Portal Dr. Ste. B | Blaine | Whatcom | 98230 | 425-231-4439 |
| Danks Emporium | 7207 212th St. S.W. | Edmonds | Snohomish | 98020 | 360-915-4944 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Destination Highway 420-Bremerton | 1225 Hollis St | Bremerton | Kitsap | 98310 | 360-627-8754 |
| Diamond Green-Tacoma | 4002 S 12th St | Tacoma | Pierce | 98405 | 253-301-3148 |
| Discovery Bay Cannabis | 282023 Hwy 101 | Port Townsend | Jefferson | 98368 | 206-660-7221 |
| Discovery Bay Cannabis | 282023 Hwy 101 | Port Townsend | Jefferson | 98368 | 206-660-7221 |
| Dockside Cannabis - Seattle | 8401 Aurora Ave N , Suite E1 | Seattle | King | 98103 | 844-362-5420 |
| Dockside Cannabis-Seattle | 1728 4th Ave S | Seattle | King | 98134 | 844-362-5420 |
| Dockside Cannabis-Shoreline | 15001 Aurora Ave N | Shoreline | King | 98133 | 844-362-5420 |
| Emerald Haze-Renton | 4033 NE Sunset Blvd, Suite 5 | Renton | King | 98056 | 425-793-4293 |
| Emerald Leaves-Tacoma | 2702 6th Ave | Tacoma | Pierce | 98406 | 253-507-4591 |
| Ephemeral Toast-Seattle | 4601 Leary Way NW | Seattle | King | 98107 | 206-618-6094 |
| Euphorium - Woodinville | 21127 State Route 9 S.E. | Woodinville | Snohomish | 98072 | 425-408-0556 |
| Euphorium 420-Covington | 27623 Covington Way SE | Covington | King | 98042 | 253-455-4582 |
| Euphorium 420-Lynnwood | 20925 Cypress Way | Lynnwood | Snohomish | 98036 | 425-967-3189 |
| Euphorium 420-Vashon | 17917 Vashon Hwy S | Vashon | King | 98070 | 206-408-7318 |
| Euphorium- Woodinville | 21127 State Route 9 S.E. | Woodinville | Snohomish | 98072 | 425-408-0556 |
| Evergreen Market | 638 116th Ave. N.E. | Bellevue | King | 98004 | 206-852-7155 |
| Evergreen Market | 638 116th Ave. N.E. | Bellevue | King | 98004 | 206-852-7155 |
| Fillabong-Bremerton | 3249 Perry Ave, Suite B | Bremerton | Kitsap | 98310 | 360-627-9948 |
| Fillabong-Silverdale | 2839 NW Kitsap Pl., Suite A | Silverdale | Kitsap | 98383 | 360-698-0353 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Fire and Frost Cannabis | 6818 N.E. 4th Plain Blvd., Ste. B&C | Vancouver | Clark | 98661 | 360-335-7823 |
| Floyd's Cannabis | 410 W. State St. | Sedro Woolley | Skagit | 98284 | 360-588-4473 |
| Floyds-Shelton | 931 E Johns Prairie Rd | Shelton | Mason | 98584 | 206-771-0350 |
| Forbidden Cannabis Club Mount Vernon-Mount Vernon | 3818 Old Highway 99 S Rd | Mount Vernon | Skagit | 98273 | 206-412-7285 |
| Forbidden Cannabis Club Olympia-Lacey | 1123 Sleater Kinney Rd SE | Lacey | Thurston | 98503 | 206-412-7285 |
| Forbidden Cannabis Super Chronic-Lacey | 6326 Martin Way E, Suite 103 | Lacey | Thurston | 98516 | 206-412-7285 |
| Freedom Market Cathlamet Corp-Cathlamet | 327 Sr 4 | Cathlamet | Wahkiakum | 98612 | 360-849-4504 |
| Freedom Market Ilwaco-Ilwaco | 133 Howerton Way SE | Ilwaco | Pacific | 98624 | 360-261-7200 |
| Freedom Market-Kelso | 820a Westside Hwy | Kelso | Cowlitz | 98626 | 360-636-0420 |
| Freeland Cannabis Company-Freeland | 18646 Sr 525, #B | Freeland | Island | 98249 | 360-544-8440 |
| Fweedom Cannabis - Seattle | 12001 Aurora Ave N, Unit 1 | Seattle | King | 98133 | 206-734-9333 |
| Fweedom Cannabis-Mountlake Terrace | 21911 64th Ave W, Suite D | Mountlake Terrace | Snohomish | 98043 | 425-954-0640 |
| Ganja Goddess -Seattle | 3207 1st Ave S | Seattle | King | 98134 | 206-682-7220 |
| Ganja Vita | 23441 N.E. State Route 3 | Belfair | Mason | 98528 | 253-514-3949 |
| Goobie's Doobies-Maple Valley | 28730 Maple Valley Black | Maple Valley | King | 98038 | 253-459-5741 |
| Goodbuds-Quincy | 5384 Road K Nw | Quincy | Grant | 98848 | 509-398-8843 |
| Green 2 Go-Tokio | 2008 N. Durry Rd. Unit 2 | Sprague | Adams | 99032 | 509-591-7100 |
| Green Corners Tacoma Llc-Tacoma | 5917 N 26th St | Tacoma | Pierce | 98407 | 206-383-0943 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Green Day Cannabis | 945 Washington Way Ste. 121 | Longview | Cowlitz | 98632 | 360-606-3260 |
| Green Fire Cannabis-Seattle | 1956 1st Ave S | Seattle | King | 98134 | 206-623-3792 |
| Green Head Cannabis-Vancouver | 2815 St. Johns Road, Suite B | Vancouver | Clark | 98661 | 360-433-9753 |
| Green Lady - Everett | 14221 Lake Rd. | Lynwood | Snohomish | 98087 | 509-869-7574 |
| Green Lady Westside, Inc.-Olympia | 2405 Harrison Ave NW | Olympia | Thurston | 98502 | 360-529-0099 |
| Green Lady-Olympia | 3044 Pacific Ave SE | Olympia | Thurston | 98501 | 360-339-6096 |
| Green Leaf-Bellingham | 4220 Meridian Street, Suite 102 | Bellingham | Whatcom | 98226 | 360-526-2198 |
| Green Leaf-Custer | 3435 Birch Bay-Lynden Rd | Custer | Whatcom | 98240 | 360-306-8635 |
| Green Life Cannabis-Wenatchee | 3012 Gs Center Rd, Suite A | Wenatchee | Chelan | 98801 | 509-663-9980 |
| Green Outfitters | 668 Ocean Shores Blvd. N.W. | Ocean Shores | | 98569 | 425-268-4391 |
| Green Stop | 7466 Mt. Baker Hwy | Maple Falls | Whatcom | 98266 | 360-746-8734 |
| Green Theory | 12827 S.E. 40th Pl. | Bellevue | King | 98006 | 425-455-0965 |
| Green Theory | 1940 124th Ave. N.E., Ste. A-101 | Bellevue | King | 98005 | 425-502-7033 |
| Green Tiki Cannabis | 8208 N.E. State Highway 104 | Kingston | Kittitas | 98346 | 360-710-1577 |
| Green2go-Kennewick | 214307 E Sr 397 | Kennewick | Benton | 99337 | 509-420-0000 |
| Greenfield Cannabis-Clarkston | 728 6th St | Clarkston | Asotin | 99403 | 509-780-0009 |
| Greenlight | 10309 E. Trent Ave. | Millwood | Spokane | 99206 | 509-475-2821 |
| Greenworks Cannabis-Seattle | 315 N 105th St | Seattle | King | 98133 | 206-492-5132 |
| Growers Outlet-South Bend | 613 Montana Ave., #2 | South Bend | Pacific | 98586 | 360-875-8189 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| HAPPYTIME - Yakima | 1315 N. 1st St. | Yakima | Yakima | 98901 | 509-480-2091 |
| Have A Heart – Skyway/Seatac-Seattle | 12833 Martin Luther King Jr Wy S | Seattle | King | 98178 | 206-258-3331 |
| Herb's House-Seattle | 716 NW 65th St | Seattle | King | 98117 | 206-557-7388 |
| Herbal E Scents-Colville | 120 Ne Canning Dr | Colville | Stevens | 99114 | 509-684-4420 |
| Herbal Nation -Bothell | 19302 Bothell-Everett Hwy | Bothell | Snohomish | 98012 | 425-486-1111 |
| Herban Market Cannabis Co-Port Orchard | 3965 Bethel Rd SE, Suite 3 | Port Orchard | Kitsap | 98366 | 360-443-2859 |
| High End Market Place-Vancouver | 1924 Broadway St | Vancouver | Clark | 98663 | 360-695-3612 |
| High Society Anacortes - Anacortes | 8630 S. March Point Rd. | Skagit | Skagit | 98221 | 360-299-2211 |
| High Society Bellingham-Bellingham | 5309 Guide Meridian Rd, Suite A | Bellingham | Whatcom | 98226 | 360-306-3257 |
| High-5 Cannabis-Vancouver | 6511 Ne 137th Ave | Vancouver | Clark | 98682 | 360-947-5404 |
| Higher Leaf Marijuana-Bellevue | 3079 156th Ave SE | Bellevue | King | 98007 | 425-747-5967 |
| Higher Leaf Marijuana-Kirkland | 12525 Willows Rd NE, Suite 10 | Kirkland | King | 98034 | 425-820-5967 |
| Hwy 420-Bremerton | 1110 Charleston Beach Rd W | Bremerton | Kitsap | 98312 | 360-932-3182 |
| Hwy 420-Silverdale | 11493 Clear Creek Rd NW | Silverdale | Kitsap | 98383 | 360-204-5488 |
| Hypeherbally-Lynnwood | 14702 Highway 99 | Lynnwood | Snohomish | 98087 | 425-582-9385 |
| III King Company | 12925 Martin Luther King Jr Way | Seattle | King | 98178 | 206-453-3445 |
| Island Herb-Freeland | 5565 Vanbarr Place | Freeland | Island | 98249 | 360-331-0140 |
| It is Lit | 1611 S. Smittys Blvd., Ste B | Ritzville | Adams | 99169 | 509-660-0497 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Jet Cannabis Co | 11325 Highway 99 | Everett | Snohomish | 98204 | 425-332-6436 |
| Kaleafa Cannabis | 401 S. Boone | Aberdeen | Grays Harbor | 98520 | 312-203-3450 |
| Kaleafa Cannabis Company-Oak Harbor | 33858 State Route 20, Suite 102 | Oak Harbor | Island | 98277 | 360-682-2420 |
| Karma Cannabis-Sequim | 131 River Rd | Sequim | Clallam | 98382 | 360-797-1743 |
| Kemps Cannabis \| Seattle | 3035 1st Ave. Ste. B | Seattle | King | 98121 | 206-345-0009 |
| King Cronic | 1110 E. Yelm Ave., Ste. C | Yelm | Thurston | 98597 | 206-351-5957 |
| Kitsap Cannabis | 1762 Village Ln. S.E. | Port Orchard | Kitsap | 98366 | 360-813-3369 |
| Kush | 11834 N.E. 90th St. | Kirkland | King | 98033 | 425-269-3242 |
| Kush 21 Buckley LLC-Buckley | 29393 State Route 410 E, Suite D | Buckley | Pierce | 98321 | 360-761-7540 |
| Kush Pointe-Mukilteo | 11811 Mukilteo Speedway, Suite 111 | Mukilteo | Snohomish | 98275 | 425-322-4799 |
| KushKlub | 20019 Aurora Ave. N., Unit B | Shoreline | King | 98133 | 206-769-1282 |
| Kushman's | 15804 Highway 99 Unit A | Lynwood | Snohomish | 98087 | 425-444-1575 |
| Kushman's-Mukilteo | 11400 Mukilteo Speedway, 102 | Mukilteo | Snohomish | 98087 | 425-245-7242 |
| Kushmart South Everett-Everett | 13220 Hwy 99 S | Everett | Snohomish | 98204 | 425-272-9482 |
| Kushmart-Everett | 6309 Evergreen Way, Suite C | Everett | Snohomish | 98203 | 425-374-7029 |
| Last Stop Pot Shop-Gold Bar | 41711 State Route 2, #1 | Gold Bar | Snohomish | 98251 | 360-217-8951 |
| Legal Marijuana Superstore-Port Orchard | 3610 Bethel Rd SE | Port Orchard | Kitsap | 98366 | 360-443-2222 |
| Local Roots-Yakima | 2 N 11th Street | Yakima | Yakima | 98901 | 509-426-2436 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Longview Freedom Market-Longview | 971 14th Ave, #110 | Longview | Cowlitz | 98632 | 360-703-3229 |
| Lucid - Olympia | 7294 Martin Way E. | Olympia | Thurston | 98516 | 530-401-0839 |
| Lucid Cannabis Company-Spokane | 11414 N. Newport Hwy | Spokane | Spokane | 99218 | 509-465-1197 |
| Lucid-Lacey | 4820 Yelm Hwy SE | Lacey | Thurston | 98503 | 360-338-0258 |
| Lucky Cannabis (Mt Vernon)-Mount Vernon | 2714 Henson Rd, Suite A | Mount Vernon | Skagit | 98273 | 360-419-9735 |
| Lucky Cannabis-Seattle | 9640 16th Ave SW St C And D | Seattle | King | 98106 | 206-588-2441 |
| Lucky Leaf Co. | 1111 W. 1st Ave., Ste. A | Spokane | Spokane | 99201 | 509-619-4248 |
| Lux Pot Shop Seattle | 4465 Fremont Ave. N. | Seattle | King | 98103 | 206-719-3162 |
| Main Street Marijuana | 2314 Main St. | Vancouver | Clark | 98660 | 360-606-3260 |
| Margie's Pot Shop-Bingen | 405 E Steuben St | Bingen | Klickitat | 98605 | 509-493-0441 |
| Marijuana Mart-Longview | 530 7th Ave | Longview | Cowlitz | 98632 | 360-353-5445 |
| Marijuana Mart-Rochester | 6230 197th Ave SW | Rochester | Thurston | 98579 | 360-858-7188 |
| MarijuanaClub99 | 12631 Highway 99 Ste. A | Everett | Snohomish | 98204 | 425-268-8875 |
| Marley 420-Covington | 16204 SE 272nd St | Covington | King | 98042 | 253-630-3050 |
| Mary Mart-Tacoma | 3002 6th Ave | Tacoma | Pierce | 98406 | 253-507-4735 |
| Mister Buds-Port Angeles | 536 Marine Dr Ste B | Port Angeles | Clallam | 98363 | 360-797-1966 |
| Mj's Pot Shop-Pullman | 1335 Se Bishop Blvd | Pullman | Whitman | 99163 | 509-332-5203 |
| Mo Beta Green | 8962 Beaver Valley Rd | Chimacum | Jefferson | 98325 | 360-379-4689 |
| Mr. Doobees | 1410 40th St. | Seaview | Pacific | 98644 | 360-875-8016 |
| Muffys Pot Shop-Port Angeles | 3134 E Highway 101 | Port Angeles | Clallam | 98362 | 360-504-3232 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Natural Blessings Cannabis | 17024 Pacific Ave. S., Ste. B | Spanaway | Pierce | 98387 | 253-433-3961 |
| Nature's Gifts-Sequim | 755 W Washington St., Unit C | Sequim | Clallam | 98382 | 360-797-1993 |
| Next Steps – Spokane | 2804 E. 30th Ave. | Spokane | Spokane | 99223 | 509-241-3066 |
| Nimbin Farm-Seattle | 10859 1st Ave S, Suite A | Seattle | King | 98168 | 206-241-0420 |
| Nirvana Cannabis Company | 181 Rock Island Rd. | East Wenatchee | Douglas | 98802 | 509-808-2361 |
| Nirvana Cannabis Company-Otis Orchards | 24713 E. Wellesley Ave. | Otis Orchards | Spokane | 99027 | 509-808-2361 |
| Nirvana Cannabis Company-Richland | 4950 Arena Rd | Richland | Benton | 99352 | 509-572-2310 |
| Nirvana Cannabis Company-Wenatchee | 930 1/2 Valley Mall Pkwy | East Wenatchee | Douglas | 98802 | 509-808-2361 |
| North Bay Marijuana-Allyn | 211 E North Bay Road | Allyn | Mason | 98524 | 360-552-2456 |
| Novel Tree-Bremerton | 625 N Callow Ave | Bremerton | Kitsap | 98312 | 360-930-1700 |
| Nw Cannabis Connection-Puyallup | 11522 Canyon Rd E | Puyallup | Pierce | 98373 | 253-292-0444 |
| Ocean Greens-Seattle | 10526 Aurora Ave N | Seattle | King | 98103 | 206-453-4145 |
| Olympia Weed Company-Olympia | 401 93rd Ave SE | Olympia | Thurston | 98501 | 360-915-6071 |
| Ounce King Cannabis | 11463 Rainier Ave., Ste. A | Seattle | King | 98178 | 206-251-7358 |
| Paper And Leaf-Bainbridge Island | 8040 Ne Day Rd W | Bainbridge Island | Kitsap | 98110 | 206-780-7814 |
| Piece Of Mind Cannabis-Bellingham | 100 E Maple St | Bellingham | Whatcom | 98225 | 360-746-8378 |
| Piece Of Mind-Spokane | 9301 N Division St | Spokane | Spokane | 99218 | 509-703-7191 |
| Ponder-Seattle | 2413 E Union St | Seattle | King | 98122 | 206-420-2180 |
| Prc - Conway-Mount Vernon | 18729 Fir Island Rd, Suite C | Mount Vernon | Skagit | 98273 | 360-445-6221 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Prc-Arlington | 5200 172nd St NE, F-101 | Arlington | Whatcom | 98223 | 425-343-2272 |
| Puff N Chill Llc-Lynnwood | 15919 Hwy 99 | Lynnwood | Snohomish | 98087 | 425-412-3705 |
| Rainier Cannabis-Mountlake Terrace | 22002 64th Ave W, #2a | Mountlake Terrace | Snohomish | 98043 | 425-678-0444 |
| Rengar Llc-Mukilteo | 4204 Russell Rd, Suite M | Mukilteo | Snohomish | 98275 | 208-340-3970 |
| Royal's Cannabis-Spokane | 7115 N Division St | Spokane | Spokane | 99208 | 509-808-2098 |
| Sage Shop | 309 N. Main St. | Omak | Okanogan | 98841 | 509-322-5286 |
| Sativa Sisters-Clarkston | 712 5th St | Clarkston | Asotin | 99403 | 509-295-8052 |
| Sativa Sisters-Spokane | 10525 E Trent Ave | Spokane | Spokane | 99206 | 509-381-1502 |
| Savage THC-Clayton | 4426 B Williams Valley Rd | Clayton | Stevens | 99110 | 509-999-2989 |
| Sea Change Cannabis-Port Hadlock | 11323 Rhody Dr | Port Hadlock | Jefferson | 98339 | 360-385-1320 |
| Seattle Tonics-Seattle | 12059 Aurora Ave N | Seattle | King | 98133 | 206-363-6000 |
| Seattle Trees Collective, LLC | 10532 Greenwood Ave. N. | Seattle | King | 98133 | 206-257-4407 |
| Secret Herb Shop-Kettle Falls | 2 Columbia Dr, Ste A | Kettle Falls | Ferry | 99141 | 509-738-4050 |
| Simply Cannabis-Shelton | 208 E Pine St | Shelton | Mason | 98584 | 360-463-6073 |
| Smoking Crow-Bellingham | 4264 Pacific Hwy | Bellingham | Whatcom | 98226 | 360-922-0709 |
| Sparket-Port Angeles | 1215 E Front St | Port Angeles | Clallam | 98362 | 360-406-4902 |
| Spokane Green Leaf-Spokane | 9107 N Country Homes Blvd, #13 | Spokane | Spokane | 99218 | 509-919-3467 |
| Starbuds Llc-Kirkland | 11834 NE 90th St | Kirkland | King | 98033 | 425-269-3242 |
| Station 420-Union Gap | 2704 Main Street | Union Gap | Yakima | 98903 | 509-452-4200 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| Sweet Jane-Gig Harbor | 9507 State Route 302 NW, #B | Gig Harbor | Pierce | 98329 | 253-245-7831 |
| Sweet Leaf Cannabis Co-Aberdeen | 100 Old Hill Rd | Aberdeen | Grays Harbor | 98520 | 360-537-9333 |
| Sweet Releaf-Mount Vernon | 14637 State Route 20 | Mount Vernon | Skagit | 98273 | 360-588-2250 |
| T Brothers Bud Lodge-Lacey | 5740 Ruddell Rd SE | Lacey | Thurston | 98503 | 360-489-1342 |
| Tacoma House Of Cannabis-Tacoma | 2632a S 38th St | Tacoma | Pierce | 98409 | 253-212-3711 |
| Tenino Cannabis Boutique \| Tenino | 449 Wichman St., Ste. A | Tenino | Thurston | 98589 | 6468751439 |
| THC Of Olympia-Olympia | 3203 Martin Way E | Olympia | Thurston | 98506 | 360-539-7291 |
| The Bakeréé | 74 S Lucile St. Ste. 102 | Seattle | King | 98134 | 206-659-0574 |
| The Fire House-Ellensburg | 1714 Canyon Rd | Ellensburg | Kittitas | 98926 | 509-968-5454 |
| The Gallery Canyon-Puyallup | 11821 Canyon Rd E | Puyallup | Pierce | 98373 | 253-604-4350 |
| The Gallery Fife-Fife | 5303 Pacific Hwy E | Fife | Pierce | 98424 | 253-344-1013 |
| The Gallery Parkland-Tacoma | 13005 Pacific Ave S | Tacoma | Pierce | 98444 | 253-531-4000 |
| The Gallery Spanaway-Spanaway | 21802 Mountain Hwy E | Spanaway | Pierce | 98387 | 253-375-7840 |
| The Green Room | 1640 N.E. GOLDIE St. Ste. B | Oak Harbor | Island | 98277 | 206-504-8629 |
| The Green Seed-Moses Lake | 412 S Interlake Rd | Moses Lake | Grant | 98837 | 509-762-3034 |
| The Happy Crop Shoppe-Cashmere | 5736 Vale Rd | Cashmere | Chelan | 98815 | 509-888-2454 |
| The Happy Crop Shoppe-East Wenatchee | 50 Rock Island Road | East Wenatchee | Douglas | 98802 | 509-888-1597 |
| The Happy Crop Shoppe-Wenatchee | 1210 N Wenatchee Ave, Ste J | Wenatchee | Chelan | 98801 | 509-888-7957 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| The Herbal Gardens-Tacoma | 4803 Center Street | Tacoma | Pierce | 98409 | 253-272-5265 |
| The Herbery- Vancouver | 2815 St. Johns Rd. Ste. B | Vancouver | Clark | 98661 | 360-841-7504 |
| The Hidden Bush-Port Angeles | 3230 E Hwy 101 | Port Angeles | Clallam | 98362 | 360-452-9395 |
| The Joint - Burien-Burien | 14325 1st Ave S | Burien | King | 98168 | 206-242-6000 |
| The Joint -Tacoma | 3502 S 74th St | Tacoma | Pierce | 98409 | 206-242-6000 |
| The Joint-Everett | 9506 19th Ave SE, Suite 100 | Everett | Snohomish | 98208 | 425-471-0283 |
| The Kushery-Everett | 5626 134th Pl SE, Suite B | Everett | Snohomish | 98208 | 425-633-7515 |
| The Kushery-Everett | 4808 Evergreen Way | Everett | Snohomish | 98203 | 425-633-7515 |
| The Kushery-Lake Forest | 19258 15th Ave NE, Suite B | Lake Forest | King | 98155 | 425-209-8924 |
| The Kushery-Snohomish | 18026 State Route 9 SE, Suite 2 | Snohomish | Snohomish | 98296 | 360-863-3256 |
| The Kushery-Stanwood | 27206 88th Ave NW | Stanwood | Snohomish | 98292 | 425-633-7515 |
| The Novel Tree-Bellevue | 1817 130th Ave NE, Suite C | Bellevue | King | 98005 | 425-896-8414 |
| The Pot Shop Bellingham-Bellingham | 1321 W Bakerview Rd | Bellingham | Whatcom | 98226 | 360-756-0000 |
| The Reef-Seattle | 303 S Michigan St | Seattle | King | 98103 | 206-755-6345 |
| The Root Cellar-Belfair | 23632 NE State Route 3 | Belfair | Mason | 98528 | 360-552-2359 |
| The Sage Shop, Llc - Oroville | 33607 Us Highway 97, Suite B | Oroville | Okanogan | 98844 | 509-476-2878 |
| The Stash Box-Auburn | 3108 A St SE, Suite F | Auburn | King | 98002 | 253-397-4895 |
| The Station Nw Ll/Trade-The Station-Ellensburg | 1514 W University Way | Ellensburg | Kittitas | 98926 | 360-791-0112 |
| The Top Shelf-Airway Heights | 1305 S Hayford Rd | Airway Heights | Spokane | 99224 | 509-474-1050 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| The Vault-Seattle | 11013 Lake City Way NE | Seattle | King | 98125 | 425-248-8559 |
| The Zen Den | 257 Enigh Rd. | Omak | Okanogan | 98841 | 509-699-0471 |
| TheBakeShop | 4007 Main St. | Union Gap | Yakima | 98903 | 509-314-9944 |
| Theoremcannabis | 6323 N.E. Bothel Way | Kenmore | King | 98028 | 206-972-8500 |
| Tj's Cannabis Buds, Oils & More-Shelton | 1428 Olympic Hwy S, Suite A | Shelton | Mason | 98584 | 360-427-2990 |
| Toker Friendly-Airway Heights | 1515 S Lyons Rd | Airway Heights | Spokane | 99001 | 509-244-8728 |
| Tonasket House Of Cannabis-Tonasket | 305 W 4th St, Suite A | Tonasket | Okanogan | 98855 | 509-486-0919 |
| Treehouse Club-Spokane Valley | 14421 E Trent Ave | Spokane Valley | Spokane | 99216 | 509-413-2169 |
| Trippy Hippie Cannabis | 794 Kentucky St. | Bellingham | Whatcom | 98225 | 208-819-2110 |
| Trove Medical And Recreational-Bellingham | 218 N Samish Way | Bellingham | Whatcom | 98225 | 360-393-3459 |
| Twisp House Of Cannabis-Twisp | 1017 E Methow Valley Hwy | Twisp | Okanogan | 98856 | 509-997-0996 |
| Uncle Ikes | 2310 E. Union St. | Seattle | King | 98122 | 206-420-3784 |
| Uncle Ikes | 501 15th Ave. E. | Seattle | King | 98112 | 206-420-3784 |
| Uncle Ikes | 11306 Lake City Way N.E. | Seattle | King | 98125 | 206-851-5555 |
| Uncle Ikes – White Center | 9822 15th Ave. S.W., Ste. B | Seattle | King | 98106 | 800-438-3784 |
| Washington OG, LLC | 2114 Western Ave. Ste. B | Seattle | King | 98121 | 303-829-5712 |
| Western Bud | 11401 Rainier Ave. S. | Seattle | King | 98178 | 206-612-4887 |
| Westside 420 Rereational-Longview | 4503 Ocean Beach Hwy Ste 103 | Longview | Cowlitz | 98632 | 360-423-5261 |
| White Rabbit Retail-Lynnwood | 15928 Hwy 99 S | Lynnwood | Snohomish | 98087 | 425-745-4242 |

| Retail store name | Address Line 1 | City | County | Zip | Phone |
|---|---|---|---|---|---|
| World Of Weed-Tacoma | 3202 E Portland Ave | Tacoma | Pierce | 98404 | 253-272-9333 |
| Zips Cannabis-Tacoma | 3833 Pacific Ave, Suite 3-0 | Tacoma | Pierce | 98418 | 253-405-0253 |
| Zips Cannabis-Tacoma | 3213 S. 38th Ste. C | Tacoma | Pierce | 98404 | 253-292-0197 |
| Zips Cannabis-Tacoma | 5924 6th Ave. | Tacoma | Pierce | 98406 | |
| Zips Cannabis-Tacoma | 317 S. 72nd St. | Tacoma | Pierce | 98408 | 253-302-4192 |

## Department of Health

Contact Us
Locations and Directions
Jobs - Work@Health
Public Health Connection Blog
BienestarWA Blog (español)
Request public records
Rule Making

## Partners

Centers for Disease Control and Prevention (CDC)
Local Health Departments
Local Health Jurisdictions and Tribal Directories
Northwest Center for Public Health Practice
State Board of Health
Other Partners

## Notice of Nondiscrimination

English | Español | Русский | Українська | Tiếng Việt | 한국어 | Af-soomaali | Tagalog | العربية | 中文 | ਪੰਜਾਬੀ | ਅਜਯੋਲੋਖ਼ੇ |
日本語 | አማርኛ | Gagana fa'a Samoa | Kajin M̧ajōḷ

## Alternate Format Requests

For people with disabilities, Web documents in other formats are available on request. To submit a request, please contact us at civil.rights@doh.wa.gov.

## Subscribe for Updates

Get email alerts based on your topic preferences.

Subscribe

## Social Media

[Privacy and Copyright](#)