THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**DECLARATION OF SCOTT ATKISON IN SUPPORT OF PETITIONER'S SUPPLEMENTAL BRIEF**

I, Scott Atkison, hereby declare and state as follows:

1. I am over the age of eighteen, have personal knowledge of the matters contained in this Declaration, and am competent to testify thereto.

2. I am an approved licensee for five cannabis retail stores (the "Stores") licensed by the Washington State Liquor and Cannabis Board. All but one of these Stores have medical

DECLARATION OF SCOTT ATKISON IN
SUPPORT OF PETITIONER'S SUPPLEMENTAL
BRIEF - 1
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

cannabis endorsements. The four Stores with medical cannabis endorsements sell both medical and recreational cannabis.

*Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Spokane, WA on this 21st day of October, 2022.

_____
Scott Atkison

DECLARATION OF SCOTT ATKISON IN
SUPPORT OF PETITIONER'S SUPPLEMENTAL
BRIEF - 2
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 21st day of October, 2022.

*s/ Andy Murphy*
Andy Murphy

CERTIFICATE OF SERVICE - 3
Case No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599