THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>                      Petitioner,<br><br>        v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>                      Respondent. | Case No. 3:20-cv-05661-BHS<br><br>**NOTICE OF WITHDRAWAL** |

TO:             THE CLERK OF THE COURT

AND TO:     RESPONDENT WASHINGTON STATE LIQUOR AND CANNABIS BOARD and ALL COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that, pursuant to LCR 83.2(b)(2), Andy Murphy of Miller Nash LLC hereby withdraws as counsel of record for the Petitioner. Daniel J. Oates remains as counsel for the Petitioner in the above-captioned action.

                                        MILLER NASH LLP

                                        s/ Andy Murphy
                                        Andy Murphy, WSBA No. 46664
                                        Pier 70 ~ 2801 Alaskan Way, Suite 300
                                        Seattle, WA 98121
                                        Tel: 206-624-8300
                                        Email: andy.murphy@millernash.com
                                        *Withdrawing Attorney for Petitioner*

NOTICE OF WITHDRAWAL - 1
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

**DECLARATION OF SERVICE**

I, Krista M. Stokes, hereby declare under penalty of perjury under the laws of the United States and the state of Washington that on this 6th day of December, 2022, I caused the foregoing to be filed using the CM/ECF system and that a true and correct copy was automatically served electronically on all registered users.

SIGNED in Lynnwood, Washington on this 6th day of December, 2022.

s/ *Krista M. Stokes*
Krista M. Stokes, Legal Assistant
Krista.stokes@millernash.com

4854-8049-2098.1

NOTICE OF WITHDRAWAL - 2
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599