THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>　　　　　　Respondent. | Case No. 3:20-cv-05661-BHS<br><br>**NOTICE OF APPEARANCE** |

TO:        THE CLERK OF THE COURT

AND TO:    RESPONDENT WASHINGTON STATE LIQUOR AND CANNABIS BOARD and ALL COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that, pursuant to LCR 83.2(b)(2), Lorien Giles of Miller Nash LLP hereby appears on behalf of Petitioner Todd Brinkmeyer without waiving insufficient service of process, lack of jurisdiction or any other defense. All further papers and proceedings in this lawsuit, except original process, should be served upon Petitioner through the court's electronic filing system, or in the appropriate circumstance, by delivering a copy to counsel at the office address set forth below. Mr. Giles associates with Daniel J. Oates, also of Miller Nash LLP, in his representation of the Petitioner.

NOTICE OF APPEARANCE - 1
USDC No. 3:20-cv-05661-BHS

Miller Nash LLP
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1  DATED this 6th day of December, 2022.

2            MILLER NASH, LLP

3  */s/Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
*/s/ Lorien Giles*
Lorien Giles, WSBA No. 58995
Email: dan.oates@millernash.com
       lorien.giles@millernash.com

*Attorneys for Petitioner*

NOTICE OF APPEARANCE - 2
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

**DECLARATION OF SERVICE**

I, Krista M. Stokes, hereby declare under penalty of perjury under the laws of the United States and the state of Washington that on this 6th day of December, 2022, I caused the foregoing to be filed using the CM/ECF system and that a true and correct copy was automatically served electronically on all registered users.

SIGNED in Lynnwood, Washington on this 6th day of December, 2022.

s/ *Krista M. Stokes*
Krista M. Stokes, Legal Assistant
Krista.stokes@millernash.com

4857-4126-0098.1

NOTICE OF APPEARANCE - 3
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599