# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD BRINKMEYER,<br><br>      Petitioner,<br><br>  v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD,<br><br>      Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  C20-5661 BHS |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

Petitioner Todd Brinkmeyer's Motion for Summary Judgment, Dkt. 34, is **DENIED**, and Respondent Washington State Liquor and Cannabis Board's Motion for Summary Judgment, Dkt. 39, is **GRANTED**.

This case is closed.


Dated this 7th day of February 2023.

                Ravi Subramanian
                Clerk

                *s/Mike Williams*
                Deputy Clerk