THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD BRINKMEYER,

    Petitioner,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Respondent.

Case No. 3:20-cv-05661-BHS

**NOTICE OF APPEAL**

Notice is hereby given that Todd Brinkmeyer appeals to the United States Court of Appeals for the Ninth Circuit from (ECF 64) Order Granting Defendant's Cross Motion for Summary Judgment, and (ECF 65) Judgment in a Civil Case, entered in this action on February 7, 2023.

DATED this 7th day of March, 2023.

MILLER NASH, LLP

Bruce C. Campbell, WSBA No. 19364
Daniel J. Oates, WSBA No. 39334
Iván Resendiz Gutierrez, WSBA No. 58812
Chris Masse, WSBA No. 29372
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128

NOTICE OF APPEAL - 1
USDC No. 3:20-cv-05661-BHS

Miller Nash LLP
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

|   |   |
|---|---|
| 1 | |
| 2 | Email: Bruce.campbell@millernash.com |
|   | dan.oates@millernash.com |
| 3 | Iván.resendiz@millernash.com |
|   | Chris.masse@millernash.com |
| 4 | *Attorneys for Petitioner* |

NOTICE OF APPEAL - 2
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

**DECLARATION OF SERVICE**

I, Christine L. Hicks, hereby declare under penalty of perjury under the laws of the United States and the state of Washington that on this 7th day of March, 2023, I caused the foregoing to be filed using the CM/ECF system and that a true and correct copy was automatically served electronically on all registered users.

SIGNED in Portland, Oregon on this 7th day of March, 2023.

s/ *Christine L. Hicks*
Christine L. Hicks, Legal Assistant
Christine.hicks@millernash.com

4886-5512-4309.1

NOTICE OF APPEAL - 3
USDC No. 3:20-cv-05661-BHS

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Todd Brinkmeyer

Name(s) of counsel (if any):
Bruce Campbell; Daniel Oates; Chris Masse; Ivan Resendiz Gutierrez

Address: 2801 Alaskan Way, Suite 300, Seattle WA

Telephone number(s): (206) 624-8300

Email(s): bruce.campbell@millernash.com; dan.oates@millernash.com; ivan.rese

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Washington State Liquor and Cannabis Board

Name(s) of counsel (if any):
Penny Allen; Ellen Range

Address: 1125 Washington St SE, Olympia WA 98501

Telephone number(s): (360) 586-0092

Email(s): pennyl.allen@atg.wa.gov; ellen.range@atg.wa.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                              *New 12/01/2018*