**FILED**

APR 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TODD BRINKMEYER, <br><br> Petitioner-Appellant, <br><br> v. <br><br> WASHINGTON STATE LIQUOR AND CANNABIS BOARD, <br><br> Respondent-Appellee. | No.   23-35162 <br><br> D.C. No. 3:20-cv-05661-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 18) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator

Mediation